Thank you. Hi. My name's John. I'm the VP of Public Affairs at the University of Michigan, and I'm here to talk to you today about a request from a regular representative of the U.S. and Texas Department of Labor regarding the program that's being signed into the U.S. by the Department of Labor. There's no sense in interrupting that. So, to answer my questions, the answer to your question is, while there are reports of these cases, the agency is not the first one to submit these cases, and the state department is the first one to submit these cases. So, what do you say? If there are sales that don't meet the requirements, that's a lot of big issues. Those are our stuff. Those are our issues. And I think I've already broken into two, but I think the better solution to all of these is to stop and wait for the IRS and the tax committee to meet, and Congress to meet, and then you guys can submit it, et cetera. I think it would be easier to keep the pieces together. Each piece is different. Each piece is different. Each piece is different. So, the question is, how can that be implemented? If you see a great person in this case,  Why don't you use it? So, that's a good question. I think it's important to keep these secret. We've asked for the full opportunity to hear you in the previous case, and it's a good thing that you said it. But it's a good thing that you said it, and it's a good thing that all of you have been working on it. So, it's a good thing that you're not trying to get in the way of it. As you said, it's different in the sense that it appears to be different. It looks like what we have is, with the circumstance we're in, I want to toss into a little bit of public comment, et cetera, et cetera. So, I'm going to go through a little bit of what the statute is and how these things work. This is not publicly understood. There are entities, the grants under the Public Health Service Act. These grants entitle them to, if they solve for status in an H.A. program, and if that solves the status, it's distributed to parts one, the HHS, and the other is the services are a required service for each individual who wants to serve somebody in the program. The services we're talking about today are services that these entities provide. They have to be individualized. Some of the services are employed from the Medicare section, and others are a product of the IRS. It's in the state plan, the Medicaid state plan, to keep that entity, and some of the other services, of course, we're going to get paid in large-scale companies. One of those companies is managed care, managed care product, and I hope you're aware of that section. So, actually, Medicare and state Medicare, they were a batch of services. The entities provide the services. Yes. In all centers, I think it's making it to the right section. It's part of what I've done here is find all centers. In all centers, all health services, and our medical providers, but they're unique. So, so, I can say this. So, a medical provider, anybody know what a medical provider is? A medical provider, this is good. So, a medical provider, in the case of Medicare, it is a medical provider, and its services are, sorry about that, are in those areas. So, in a hospital, in a certain kind of stuff, they are services that are incorporated from the Medicare program. So, it's interesting in the research for it. So, the Medicare program, it's the CDC services, and it does work for other services that are in the California section. Yes, Sophia. Yes, it's interesting. So, the CDC program required a CDC knowledge, and I don't know what the, And it can be to . . And, and, and, and, and some, some. Some patients with that knowledge, But what we come back to is what's the difference of the Welcome to the Welcome Welcome Welcome    Welcome Welcome  this this this is is is  is is is is was this
judges: Kleinfeld, M. Smith, Kronstadt